NO: 13-17611

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

IN RE: NETFLIX PRIVACY LITIGATION
_____

JEFF MILANS; PETER COMSTROCK, individually and on behalf of all others similarly situated; THE SETTLEMENT CLASS,

Plaintiffs-Appellees
vs.
NETFLIX, INC., a Delaware corporation,

Defendant-Appellee,
_____

ANDREW CESARE; KATHERINE STROHLEIN; WILLIAM FORD; DENIS BONO and JUDITH MALLORY
Objectors-Appellants
_____

From the United States District Court
for the Northern District of California, San Jose
No. 5:11-cv-00379-EJD
_____

**MOTION FOR VOLUNTARY DISMISSAL**
_____

Joseph Darrell Palmer, LL.M.
Law Offices of Darrell Palmer PC
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008
(858) 215-4064 Ph / (866) 583-8115 Fax
Email: darrell.palmer@palmerlegalteam.com
Attorneys for Appellants Andrew Cesare, Katherine Strohlein, William Ford, Denis Bono and Judith Mallory

Andrew Cesare, Katherine Strohlein, William Ford, Denis Bono and Judith Mallory request dismissal under Federal Rule of Appellate Procedure 42(b). Appellants no longer desire to pursue this appeal and request costs be taxed against the party incurring them. All parties have been informed of this motion.

DATED: March 20, 2014　　　　LAW OFFICES OF DARRELL PALMER PC


　　　　　　　　　　　　　　　　By: /s/ Joseph Darrell Palmer
　　　　　　　　　　　　　　　　　　　Joseph Darrell Palmer

　　　　　　　　　　　　　　　　Counsel for Appellants Andrew Cesare, Katherine Strohlein, William Ford, Denis Bono and Judith Mallory

## CERTIFICATE OF SERVICE

I certify participants who are registered CM/ECF users they will be served by the CM/ECF system on March 20, 2014.


/s/ Joseph Darrell Palmer

- 1 -